IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | |
| This Document Relates to: | CIVIL ACTION NO. MDL 875 |
| SEE ATTACHED CASE LIST (Exhibit "A") | FILED<br>APR 20 2011<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

**NOTICE**

To:    Counsel of Record

TAKE NOTICE that **Telephone Conference** to discuss scheduling and settlement-related matters in the attached list of cases (Exhibit "A") is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Tuesday, April 26, 2011 at 4:00 p.m. (Eastern Time).** Counsel for the plaintiff is directed to arrange for a dial-in conference call number and advise all viable defense counsel and Chambers as to that dial-in information in advance of the telephone conference.

*/s/ Lori K. DiSanti*
Lori K. DiSanti
Deputy Clerk
267-299-7790 - phone

Date:   April 20, 2011

-Notice filed via ECF

## EXHIBIT A

| | |
|---|---|
| Beckwith Estate | 10-78942 |
| Allen Barker | 10-78944 |
| Joseph Venditto | 10-78945 |
| Roy Smith | 10-78946 |
| Louis Perras | 10-78947 |
| Robert Watz | 10-78948 |
| Samuel Fyfe | 10-78949 |
| George Gavitt | 10-78950 |
| James Pont | 10-78951 |
| Ray Dunkelbarger | 10-78952 |
| Manuel Arruda | 10-78953 |
| Bryan Merfeld | 10-78954 |
| John Smith | 10-78955 |
| Elaine Mitchell | 10-78956 |
| Joyce Jervis | 10-78957 |
| Connie Holcomb | 10-78958 |
| Lori Holt (estate of S. Haluga) | 10-78959 |
| Louis Wight | 09-91852 |
| Beverly Murphy | 09-91502 |
| David Bridge | 09-91503 |
| Ralph Hallquist | 09-91504 |
| Richard Belanger | 09-91505 |
| Pasquale Cantone | 09-91506 |
| Carl Mitchell | 09-91507 |
| Richard Archer | 09-91508 |
| Michael Smith | 09-91509 |
| Martin Albergs | 09-91510 |
| Joseph Riddick | 09-91511 |
| Thomas Kohler | 09-91512 |
| Alfred Demuth | 09-91513 |
| France Cardillo | 09-91514 |
| Frank Clay | 09-91515 |
| Stephen Kokosky | 09-91516 |
| Ronald Raymond | 09-91517 |
| Bertrand Gardiner | 09-91518 |
| Pauline Sanborn | 09-91452 |
| Louise Wight | 09-92231 |

Certificate of Service

**MAILED:**

| | |
|---|---|
| CARA CERASO | J. KMIEC |

**E-MAILED:**

| | | |
|---|---|---|
| BRYNA MISIURA | JOHN GEIDA | MELISSA OLSON |
| CARLO BONAVITA | JOSHUA AUXIER | MICHAEL SIMONS |
| CHARLES SHEEHAN | KATHLEEN KILLOY | NJOKI WILLIAMS |
| DAN LABELLE | KENDRA CHRISTENSE | SARAH O'LEARY |
| GEOFFREY SQUITIERO | LONNA CARTER | STEPHEN EMBRY |
| JAMES OSWALD | MARIANNE BROWN | THOMAS MAXWELL |