# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITITGATION (NO. VI) | : CONSOLIDATED UNDER<br>: MDL DOCKET NO. 875 |
| ANN BECKWITH | : CIVIL ACTION NO: 10-CV-78942-ER |
| v. | : |
| GENERAL ELECTRIC CO., ET AL. | : |
| AND | |
| ALLEN BARKER | : CIVIL ACTION NO: 10-CV-78944-ER |
| v. | : |
| GENERAL ELECTRIC CO., ET AL. | : |
| AND | |
| JOSEPH VENDITTO | : CIVIL ACTION NO: 10-CV-78945-ER |
| v. | : |
| GENERAL ELECTRIC CO., ET AL. | : |
| AND | |
| ROY SMITH | : CIVIL ACTION NO: 10-CV-78946-ER |
| v. | : |
| GENERAL ELECTRIC CO., ET AL. | : |
| AND | |
| LOUIS PERRAS | : CIVIL ACTION NO: 10-CV-78947-ER |
| v. | : |
| GENERAL ELECTRIC CO., ET AL. | : |

AND

| | |
|---|---|
| ROBERT WATZ | : CIVIL ACTION NO: 10-CV-78948-ER |
| | : |
| v. | : |
| | : |
| GENERAL ELECTRIC CO., ET AL. | : |

AND

| | |
|---|---|
| SAMUEL FYFE | : CIVIL ACTION NO: 10-CV-78949-ER |
| | : |
| v. | : |
| | : |
| GENERAL ELECTRIC CO., ET AL. | : |

AND

| | |
|---|---|
| GEORGE GAVITT | : CIVIL ACTION NO: 10-CV-78950-ER |
| | : |
| v. | : |
| | : |
| GENERAL ELECTRIC CO., ET AL. | : |

AND

| | |
|---|---|
| JAMES PONT | : CIVIL ACTION NO: 10-CV-78951-ER |
| | : |
| v. | : |
| | : |
| GENERAL ELECTRIC CO., ET AL. | : |

AND

| | |
|---|---|
| RAY DUNKELBARGER | : CIVIL ACTION NO: 10-CV-78952-ER |
| | : |
| v. | : |
| | : |
| GENERAL ELECTRIC CO., ET AL. | : |

AND

MANUEL ARRUDA	: CIVIL ACTION NO: 10-CV-78953-ER  
    v.  
GENERAL ELECTRIC CO., ET AL.

AND

BRYAN MERFELD	: CIVIL ACTION NO: 10-CV-78954-ER  
    v.  
GENERAL ELECTRIC CO., ET AL.

AND

JOHN SMITH	: CIVIL ACTION NO: 10-CV-78955-ER  
    v.  
GENERAL ELECTRIC CO., ET AL.

AND

ELAINE MITCHELL	: CIVIL ACTION NO: 10-CV-78956-ER  
    v.  
GENERAL ELECTRIC CO., ET AL.

AND

JOYCE JERVIS	: CIVIL ACTION NO: 10-CV-78957-ER  
    v.  
GENERAL ELECTRIC CO., ET AL.

AND

CONNIE HOLCOMB	: CIVIL ACTION NO: 10-CV-78958-ER  
    v.

|                                  |   |                                      |
|----------------------------------|---|--------------------------------------|
| GENERAL ELECTRIC CO., ET AL.     | : |                                      |
| AND                              |   |                                      |
| LORI HOLT                        | : | CIVIL ACTION NO: 10-CV-78959-ER      |
|                                  | : |                                      |
| v.                               | : |                                      |
|                                  | : |                                      |
| GENERAL ELECTRIC CO., ET AL.     | : |                                      |

## **SCHEDULING ORDER**

**AND NOW,** this 2nd day of May, 2011, following upon a telephone conversation of April 26, 2011 with counsel, and with the consent of the parties, **IT IS HEREBY ORDERED THAT**:

1. All fact discovery, including depositions, be completed by:      October 31, 2011

2. Plaintiffs' final expert reports must be served by:      November 14, 2011

3. Defendant's expert reports must be served by:      November 28, 2011

4. Any rebuttal expert report shall be served on or before:      December 12, 2011

5. Expert discovery must be completed by:      December 27, 2011

6. Any motions in limine under *Daubert v. Merrell Dow,* 509 U.S. 579 (1993), must be filed by:      January 9, 2012

7. Responses to any *Daubert* motions must be filed by:      January 23, 2012

8. Replies to responses to any *Daubert* motions must be filed by:      January 30, 2012

9. Any dispositive motions must be filed by:      January 16, 2012

10.    Responses to any dispositive motions must be filed by:    <u>January 30, 2012</u>

11.    Replies to any dispositive motions must be filed by:    <u>February 6, 2012</u>

12.    A settlement conference, with client representatives to be in attendance in person, shall take place on:    <u>November 2, 2011</u>

or at such other time as the Court, upon the recommendations of the parties or otherwise, deems appropriate.

    BY THE COURT:

    <u>/s/ David R. Strawbridge</u>
    DAVID R. STRAWBRIDGE
    UNITED STATES MAGISTRATE JUDGE