UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CONSOLIDATED UNDER MDL DOCKET NO. 875 |
| SAMUEL F. FYFE, <br><br>  Plaintiff, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, ET AL., <br><br>  Defendants. | EDPA File No. 2:10-cv-78949 |

### NOTICE OF SUBSTITUION OF COUNSEL FOR DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.

To the Clerk:

Kindly withdraw the appearance of Kathleen L. Killoy as counsel for Defendant Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc., and substitute the appearance of Corey M. Dennis, in the above-referenced matter.

THE DEFENDANT,
Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc.

*/s/Corey M. Dennis*
Corey M. Dennis, BBO #673345
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA 02110
Phone: (617) 737-9045
Fax: (617) 737-9046
cdennis@governo.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of June, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

                                                          */s/Corey M. Dennis*
                                                          Corey M. Dennis